## HAMILTON CARHARTT COTTON MILLS v. COMMISSIONER OF INTERNAL REVENUE.

### No. 6303.

Circuit Court of Appeals, Sixth Circuit.

Oct. 4, 1932.

H. A. Mihills, of Washington, D. C., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for respondent.

## Frank P. HAMMOND v. CITY OF CLEVELAND et al.

### No. 6063.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1932.

Geo. D. Hile and Edw. Blythin, both of Cleveland, Ohio, and Edw. M. Ballard, of Cincinnati, Ohio, for appellant.

W. George Kerr and Henry S. Brainard, both of Cleveland, Ohio, for appellees.

PER CURIAM.

Dismissed because question involved is moot.

## Henry W. HARRISON, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

### No. 6743.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Henry W. Harrison, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of Prussian v. United States, 282 U. S. 675, 51 S. Ct. 223, 75 L. Ed. 610, the judgment is affirmed.

## Mark HAYES, Appellant, v. MISSOURI–KANSAS PIPE LINE COMPANY.

### No. 9615.

Circuit Court of Appeals, Eighth Circuit.

Sept. 15, 1932.

Kelly, Buchholz & O'Donnell, of Kansas City, Mo., for appellant.

Dupuy G. Warrick, of Kansas City, Mo., and John T. Chadwell, of Chicago, Ill., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee, under Rule 16 of this court.